No. 540. AMERE GAS UTILITIES CO. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA. *Per Curiam:*

The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Charles C. Wise, Jr.* and *Edward S. Pinney* for appellant. *John G. Fox,* Attorney General of West Virginia, for appellee.